Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025


SC-2025-0026

McDonald Oil Company, Inc.; John A. McDonald Family Limited Partnership, LLLP; John A. and Gail Weems McDonald Family Limited Partnership, LLLP v. Lon Maldet and Dana Maldet (Appeal from Baldwin Circuit Court: CV-23-901146).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.